IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  vs.                  : **CIVIL NO: C-1-00-604**
                        : **JUDGE DLOTT**
                        : **MAGISTRATE JUDGE HOGAN**

**ERICK V. WOOD,**
aka **EDWARD VINCENT WOOD,**

       **Defendant.**

### PLAINTIFF'S REQUEST TO QUASH
### ORDER FOR JUDGMENT DEBTOR EXAMINATION

Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination filed on January 4, 2005 in the above captioned case. Plaintiff has been unable to effect good service on the Defendant. Information has been received which indicates that the Defendant no longer resides in the State of Ohio. Therefore, it is respectfully requested that the January 4, 2005 Order for Judgment Debtor Examination against Erick V. Wood be quashed.

                                         Respectfully submitted,

                                         GREGORY G. LOCKHART
                                         United States Attorney

                                         s/Deborah F. Sanders
                                         DEBORAH F. SANDERS (0043575)
                                         Assistant United States Attorney
                                         303 Marconi Boulevard
                                         Suite 200
                                         Columbus, Ohio 43215
                                         (614) 469-5715

**CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Plaintiff's Request to Quash Order for Judgment Debtor Examination was filed with the Clerk of Court using the CM/ECF system and mailed, to Erick V. Wood, Defendant, 6321 Cheatham Lake Road, Acworth, GA 30701, by first class mail, postage prepaid, this 13th day of January, 2005.

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

N:\_ECF Workload\DSanders\wood JDX quash.wpd