IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

: CIVIL NO: C-1-00-604
: JUDGE DLOTT
: MAGISTRATE JUDGE HOGAN

ERICK V. WOOD,
aka EDWARD VINCENT WOOD,

        Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause showing that the Plaintiff has been unable to effect good service on the Defendant to obtain the financial information which has been requested,

**IT IS HEREBY ORDERED** that the January 4, 2005 Order for Judgement Debtor Examination be quashed.

Date: 1/13/05

TIMOTHY S. HOGAN
UNITED STATES MAGISTRATE JUDGE